UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| Northbridge General Insurance Corporation, | CASE NO. 3:24-cv-05033-DGE |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION (DKT. NO. 17) |
| v. | |
| Phase II Transportation Inc et al., | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion Allowing Plaintiff to File Second Amended Complaint and Dismissing Defendant CMA CGM (America) LLC without prejudice. (Dkt. No. 17.)  The Court GRANTS the parties' motion.  Plaintiff is granted leave to file its Second Amended Complaint.  Defendant CMA CGM (America) LLC is dismissed from this case without prejudice.  Defendant CMA CGM SA's responsive pleading SHALL be due within 21 days after being served the summons and complaint.

Dated this 13th day of February 2024.

David G. Estudillo
United States District Judge