UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| Northbridge General Insurance Corporation,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>Phase II Transportation Inc., et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:24-cv-05033-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINE TO JOIN PARTIES AND AMEND PLEADINGS (DKT. NO. 33) |
|---|---|

Before the Court is the parties' stipulated motion for a one-month extension of the deadlines to file a motion to join parties and to amend pleadings. (Dkt. No. 33.) The Court GRANTS the motion and orders that the new deadlines SHALL be amended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Deadline for filing motion to join parties | June 24, 2024 | July 24, 2024 |
| Deadline for amending pleadings | July 5, 2024 | August 5, 2024 |

Dated this 26th day of June 2024.



David G. Estudillo
United States District Judge