UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHBRIDGE GENERAL INSURANCE CORPORATION,<br><br>   Plaintiff,<br>   v.<br><br>PHASE II TRANSPORTATION INC ET AL.,<br><br>   Defendant. | CASE NO. 3:24-cv-05033-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The parties' Joint Stipulated Motion for Extension of Discovery Deadlines (Dkt. No. 44) is DENIED without prejudice. At the May 24, 2024 status conference, the Court gave admonitions that discovery extensions would not be granted absent extraordinary circumstances. Here, the parties provide no information about the cause(s) of their delay, including what is preventing their experts from issuing opinions or when those experts were engaged. Consistent with the Court's admonitions, the motion is DENIED.

MINUTE ORDER - 1

1 | Dated this 5th day of September 2024.

2 | The foregoing Minute Order authorized by THE HONORABLE DAVID G.

3 | ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2