UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Northbridge General Insurance Corporation,<br><br>                  Plaintiff,<br>   v.<br><br>Phase II Transportation Inc et al,<br><br>                  Defendant. | CASE NO. 3:24-cv-05033-DGE<br><br>ORDER ON STIPULATED MOTION FOR DISMISSAL (DKT. NO. 95) AND DENYING MOTION FOR SUMMARY JUDGMENT (DKT. NO. 63) |

      This matter comes before the Court on a stipulated motion for dismissal brought by Plaintiff Northbridge General Insurance Corporation ("Northbridge") and Defendant CMA CGM SA ("CMA"). (Dkt. No. 95.) The Parties have settled all of Northbridge's claims against CMA. (*Id*.) These claims are the subject of a motion for summary judgment, which the Parties agree is now moot. (Dkt. No. 63.) Defendant Rehoboth Transport, LLC's ("Rehoboth") crossclaim against CMA remains live. (*Id*.) CMA's crossclaim against Rehoboth also remains live. (*Id*.)

      Accordingly, the Court hereby ORDERS that:

1. Plaintiff's claims against CMA are DISMISSED with prejudice and without costs to either party.

ORDER ON STIPULATED MOTION FOR DISMISSAL (DKT. NO. 95) AND DENYING MOTION FOR SUMMARY JUDGMENT (DKT. NO. 63) - 1

2. Plaintiff's motion for summary judgment against CMA (Dkt. No. 63) is DENIED as moot.

Dated this 22nd day of January, 2025.

David G. Estudillo
United States District Judge

ORDER ON STIPULATED MOTION FOR DISMISSAL (DKT. NO. 95) AND DENYING MOTION FOR SUMMARY JUDGMENT (DKT. NO. 63) - 2