UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Northbridge General Insurance Corporation,<br><br>                    Plaintiff,<br>     v.<br><br>Phase II Transportation Inc et al,<br><br>                    Defendant. | CASE NO. 3:24-cv-05033-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On January 29, 2024, Plaintiff notified the Court that Plaintiff and Defendant Rehoboth Transport, LLC ("Rehoboth") reached a settlement agreement. (Dkt. No. 97 at 1.) Plaintiff previously settled all claims brought against Defendant CMA CGM SA ("CMA"). (Dkt. No. 95.) As all Defendants have now settled, the Court STRIKES all outstanding motions (Dkt. Nos. 60, 64, 67) and the trial date from the record. The Parties SHALL present an order of dismissal or provide a status report regarding settlement no later than February 28, 2025.

MINUTE ORDER - 1

Dated this 31st day of January, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2