UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHBRIDGE GENERAL INSURANCE CORPORATION, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHASE II TRANSPORTATION, INC., a Washington corporation; REHOBOTH TRANSPORT, LLC, a Washington corporation; and CMA CGM SA, a foreign limited liability company incorporated in New Jersey;<br><br>Defendants. | CAUSE NO. 3:24-cv-05033-DGE<br><br>STIPULATED MOTION TO DISMISS AND ORDER FOR DISMISSAL WITH PREJUDICE |

## **STIPULATION**

IT IS HEARBY STIPULATED by Plaintiff, Defendant Rehoboth Transport, LLC, and Defendant CMA CGM SA, through their counsel that, all claims in the above-captioned matter, shall be dismissed with prejudice and without an award of costs or attorney' fees to any party.

STIPULATED MOTION TO DISMISS AND
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE – 1
3:24-CV-05033-DGE

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

310418205v.1

Stipulated by:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *s/ Chuqiao Wang*
Dirk J. Muse, WSBA #28911
Chuqiao Wang, WSBA #57196
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5878 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
Dirk.muse@wilsonelser.com
chuqiao.wang@wilsonelser.com
*Attorneys for Plaintiff*


BALLARD SPAHR LLP


By: *s/ Steven W. Block*
Steven W. Block, WSBA #24299
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111
Phone: 206-223-7000
blocks@ballardspahr.com
***Attorneys for Defendant Rehoboth Transport, LLC***


BAUER MOYNIHAN & JOHNSON LLP


By: *s/ Donald M. McLean*
Donald M. McLean, WSBA #24158
John-Michael Maxwell. WSBA # 60289
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Phone: 206-443-3400
dkmclean@bmjlaw.com
jmaxwell@bmjlaw.com
sleclair@bmjlaw.com
Attorneys for Defendant CMA CGM SA

DATED this 31st day of March, 2025.

STIPULATED MOTION TO DISMISS AND
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE – 2
3:24-CV-05033-DGE

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

310418205v.1

# ORDER

THIS MATTER having come before the Court on the above stipulation of the parties, IT IS HEREBY ORDERED that all claims against Rehoboth Transport, LLC, and Defendant CMA CGM SA are DISMISSED with prejudice and without an award of costs or fees to any party.

Dated this 31st day of March, 2025.

_____
David G. Estudillo
United States District Judge

Presented by:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *s/ Chuqiao Wang*
Dirk J. Muse, WSBA #28911
Chuqiao Wang, WSBA #57196
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5878 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
Dirk.muse@wilsonelser.com
chuqiao.wang@wilsonelser.com
*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: s/ Steven W. Block
Steven W. Block, WSBA #24299
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA  98111

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE – 3
3:24-CV-05033-DGE

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

310418205v.1

1 | Phone: 206-223-7000
  | blocks@ballardspahr.com
2 | **Attorneys for Defendant Rehoboth Transport, LLC**

3

4 | BAUER MOYNIHAN & JOHNSON LLP

5 | By: *s/ Donald M. McLean*
  | Donald M. McLean, WSBA #24158
  | John-Michael Maxwell. WSBA # 60289
6 | 2101 Fourth Avenue, Suite 2400
  | Seattle, WA  98121
7 | Phone:  206-443-3400
  | dkmclean@bmjlaw.com
8 | jmaxwell@bmjlaw.com
  | sleclair@bmjlaw.com
9 | Attorneys for Defendant CMA CGM SA

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE – 4
3:24-CV-05033-DGE

310418205v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 P<small>IKE</small> S<small>TREET</small>, S<small>UITE</small> 2350
S<small>EATTLE</small>, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on March 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Steven W. Block, WSBA #24299<br>Ballard Spahr LLP<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle, WA  98111<br>Phone:  206-223-7000<br>Email: blocks@ballardspahr.com<br>***Attorneys for Defendant Rehoboth Transport, LLC*** | Donald M. McLean, WSBA #24158<br>John-Michael Maxwell. WSBA # 60289<br>BAUER MOYNIHAN & JOHNSON LLP<br>2101 Fourth Avenue, Suite 2400<br>Seattle, WA  98121<br>Phone:  206-443-3400<br>Email: : dkmclean@bmjlaw.com<br>            jmaxwell@bmjlaw.com<br>            sleclair@bmjlaw.com<br>***Attorneys for Defendant CMA CGM SA*** |

Executed on March 31, 2025, at Seattle, Washington.

*/s/ Antonio Alexander*
Antonio Alexander, Legal Assistant
Antonio.Alexander@wilsonelser.com

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE – 5
3:24-CV-05033-DGE

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 P<small>IKE</small> S<small>TREET</small>, <small>SUITE</small> 2350
S<small>EATTLE</small>, WA 98101
(206) 709-5900 (MAIN)
(206)  709-5901 (FAX)

310418205v.1